ACCEPTED
01-15-00180-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 5:14:25 PM
CHRISTOPHER PRINE
CLERK

# THE BICKHAM LAW FIRM

**Attorney at Law**
**3120 Southwest Freeway, Suite 650**
**Houston, Texas 77098**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/9/2015 5:14:25 PM
CHRISTOPHER A. PRINE
Clerk

**DAVID A. BICKHAM**
**Board Certified Personal Injury Trial Law**
**Texas Board of Legal Specialization**

**Telephone: 713/789-4361**
**Facsimile: 713/523-1816**
**BICKHAM LAW FIRM@YAHOO.COM**

April 9, 2015

Mr. Christopher A. Prine                                         *Via E-File*
Clerk of the Court
1st District Court of Appeals
301 Fannin Street
Houston, TX 77002

      Re:    Case No. 01-15-00180-CV, ***Mychele Reed, et al. v. Jerry Wayne Squier, et al.***; In the 1st
              Court of Appeals, Houston, Texas.

Dear Mr. Prine:

      All parties have agreed to a mediation session before Ms. Nancy Huston, 3555 Timmons, Suite 640, Houston, TX 77027.  The mediation will occur around the 1st week of May, 2015.

      By copy of this letter, we are notifying all counsel of record.  We will report back to the Court at the conclusion of the mediation session.

                    Very truly yours,

                    *David A. Bickham*

                    David A. Bickham

DAB/skm